**ORIGINAL**

# In the United States Court of Federal Claims

**FILED**
JUN 2 2017
U.S. COURT OF
FEDERAL CLAIMS

| | )  | |
|---|---|---|
| DAVID EUGENE BRINKLEY, III | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 16-1696C |
| v. | ) | |
| | ) | Filed: June 2, 2017 |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On May 1, 2017, the Court ordered plaintiff to pay the Court's $400 filing fee by May 31, 2017, pursuant to 28 U.S.C. § 1915(g). *See* Mem. Opinion and Order, May 1, 2017. Plaintiff has not paid the Court's filing fee. And so, the Court dismisses this matter pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims and 28 U.S.C. § 1915(g).

In view of the foregoing, the Court:

1. Directs the Clerk to **DISMISS** the complaint and enter judgment accordingly;

2. **DENIES** as moot plaintiff's motion to proceed *in forma pauperis*; and

3. **DENIES** as moot the government's motion to dismiss.

**IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
Judge